UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL STERLING,

    Defendant.

_____/

Hon. Robert J. Jonker

Case No. 1:09-cr-00236

**ORDER**

Defendant appeared before me with counsel on May 20, 2021, for a preliminary examination and a detention hearing on the petition for warrant or summons for offender under supervision, Fed. R. Crim. P. 32.1(a)(1). Defendant requested additional time to prepare for the preliminary examination and elected not to contest detention. I therefore find that defendant has not sustained the burden of demonstrating by clear and convincing evidence an eligibility for bond. Defendant is remanded to the custody of the Attorney General pending a final revocation hearing. Accordingly:

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General until further order of the court.

Dated: May 20, 2021

    /s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge